FORM TO BE USED BY A PRISONER IN
FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF OHIO

FILED
MAY 22 2019
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Dorian L. Brown
(Enter above the full name of the plaintiff in this action)

vs.

Armond Budish, Eric Ivey, Cliff Pinkney, Emily McNeeley, Douglas Dykes, Ken Mills
(Enter above the full name of the defendant(s) in this action)

CIVIL CASE NO. 1:19 CV 01184

JUDGE GAUGHAN
MAG. JUDGE BAUGHMAN

COMPLAINT

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ☐ NO ☐

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit

   Plaintiffs _____

   _____

   Defendants _____

   _____

2. Court (if federal court, name the district; if state court, name the county)

   _____

3. Docket Number _____

4. Name of judge to whom case was assigned _____

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any).

A. Name of the Plaintiff Dorian L. Brown
   Address P.O. Box 5600 Cleveland, Ohio, 44101

(In item B below, place the full name of the defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Use item C for the names, positions and places of employment of any additional defendants).

B. Defendant Armond Budish is employed as Cuyahoga County Executive at 1200 Ontario St, Cleve, Ohio, 44113

C. Additional Defendants Ken Mills, Correction director - Eric Ivey - Warden Cliff Pinkney - Sheriff - Douglas Dykes - Talent officer - Emily Mcneeley I.T. Administrator

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separated paragraph. Use as much space as you need. (Attach extra sheet(s) if necessary).

I was incarcerated in the Cuyahoga County Jail from 2015 to 9-21-17 and during my stay at the Cuyahoga County Jail I had to endure inhumane living conditions cruel and unusual punishment and being deprived of medical and mental health and also religious beliefs. I had to breathe in asbestos and black mode and

(Statement of Claim Continued)

I had to Eat Food off of Trays that Smelled like Feces that had old water in them I had to take Showers in a Contaminated Shower which had Black Mode and the drinking water has lead in it and Smells like Feces I had to Sleep on the Floor For Months and Endure Red Zone Where I couldn't Contact My Family or Attorney and I was Denied Mental health and Medical treatment I Sent kites, Grievances and Spoke with Correction Officers to no Avail and this is a cry for help I am Back in The County Jail For Court and I am going through the Same thing and Being deprived OF religeous Services and Mental health please help me Before its too Late.

V.     Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes).

I Would like to Be Fairly Compensated For having to Endure these inhumane living Conditions and Cruel and unusual punishment and I would like to recieve proper Mental health and Medical treatment and Also Be Granted My Religeous Rights

Signed this __17th__ day of __May__ 20__19__.

I declare under penalty of perjury that the foregoing is true and correct.

__5/17/19__
(Date)

__Dorian L. Brown__
(Signature of Plaintiff)

c:\wptext\complaint.prisoner
revised November 1997

Mr. Donald L. Brown # 626838
C.C.C.C. - P.O. Box 5600 Jail-7-10-H
Cleveland, Ohio, 44101,



Office Of The Clerk
United States district court, Northern district
Carl. B. Stokes united States Courthouse
801 West Superior avenue
Cleveland, Ohio, 44113-183