UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

Plaintiff,

v.

**AFFIDAVIT OF PRISONER**

Defendant(s).

Case Number:

---

I, Dorian L Brown, declare that I am the

__X__ plaintiff/petitioner
_____ defendant/respondent       _____ other

in the above-entitled proceeding. I am requesting to proceed without being required to prepay the entire filing fee. In support of my request, I state that because of my poverty, I am unable to prepay the entire filing fee or give security therefor.

In further support of this request, I answer the following questions.

1. Are you presently employed?
_____ yes __X__ no

   a. If the answer is "yes" state the amount of your salary or wages per month.

   b. If the answer is "no" state the date of last employment and the amount of the salary and wages per month which you received.

2. Do you have a work, program or status assignment, or other circumstance which causes you to be paid by the agency which has custody of you?
_____ yes __X__ no

If the answer is "yes" state the amount paid or credited to you each month.

3. Have you received, within the past twelve months, any money from any of the following sources?

    a. Business, profession or other form of self-employment?
    \_\_\_\_\_yes  _X_ no

    b. Rent payments, interest or dividends?
    \_\_\_\_\_yes  _X_ no

    c. Pensions, annuities or life insurance payments?
    \_\_\_\_\_yes  _X_ no

    d. Gifts or inheritances?
    \_\_\_\_\_yes  _X_ no

    e. Any other sources?
    \_\_\_\_\_yes  _X_ no

If you answered "yes" to any of the above questions, describe each source of money and state the amount received from each during the past twelve months.

4. Do you own any cash, or do you have money in checking or savings accounts?
\_\_\_\_\_yes  _X_ no

If the answer is "yes" state the total value of the items owned?

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5/17/19                    _Dorian L. Brown_
                Date                                       Signature of Applicant